# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHEILA BUYZE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-1191-M (BH) |
| | § | |
| MICHAEL B. MUKASEY | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the

United States Magistrate Judge on Defendant Mukasey's *Motion to Dismiss Plaintiff's Complaint*,

filed September 10, 2007.  No objections were filed.  The District Court reviewed the proposed

Findings, Conclusions, & Recommendation for plain error.  Finding none, the Court accepts the

Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Defendant's *Motion to Dismiss*, filed September 10, 2007, is **GRANTED** in part and

**DENIED** in part.  Defendant's *Motion to Dismiss* all Title VII claims against Defendant Robert S.

Mueller is **GRANTED**, and these claims are **DISMISSED** with prejudice pursuant to Rule 12(b)(6).

Defendant's *Motion to Dismiss* all Title VII claims against Defendant Michael B. Mukasey is

**DENIED**.

SIGNED this 31st day of March, 2008.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS